■ MEADOWLANDS PORTFOLIO, LLC, as Assignee of FEDERAL DEPOSIT INSURANCE CORPORATION, Appellant, v GEORGE F. MANTON, SR., Respondent, et al., Defendants. (Action No. 2.) [987 NYS2d 589]—Appeal from an order of the Supreme Court, Jefferson County (James P. McClusky, J.), entered May 14, 2013. The order directed plaintiff to file a discharge of mortgage upon a certain payment by defendant George F. Manton, Sr.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Lindley and DeJoseph, JJ.